CHARLES D. COLETT, OSB #79191
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone: (503) 598-3411
Facsimile: (503) 598-4646
E-mail: chuck@colettlaw.com

Attorney for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> SUNDOWN ELECTRIC COMPANY, A CORPORATION OF IDAHO, a foreign business corporation, <br><br> Defendant. | Case No.: 3:16-cv-00973-SI <br><br> **JUDGMENT** |

IT APPEARING to the Court that an Order of default has been entered against Defendant Sundown Electric Company, a Corporation of Idaho, therefore

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs shall have Judgment for and recover of and from Defendant Sundown Electric Company, a Corporation of Idaho the following sums:

    a.    The amount of $20,938.88 representing contributions, $2,512.66 for liquidated damages, interest on contributions from the due date, and further interest at the legal rate from

Page 1 – **JUDGMENT**

COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road Suite 310
Portland, Oregon 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
E-MAIL: chuck@colettlaw.com

the date of Judgment;

      b.      The amount of $3,168.00 as and for attorney's fees necessarily incurred;

      c.      The amount of $455.00 as and for costs necessarily incurred, together with interest at the legal rate from the date of Judgment until paid.

IT IS ORDERED that execution shall issue thereon.

DATED this 16th day of August, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

COLETT LAW GROUP, LLP

s/ Charles D. Colett
_____
CHARLES D. COLETT, OSB #79191
ATTORNEY FOR PLAINTIFFS
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone:   (503) 598-3411
Facsimile:    (503) 598-4646
Email: chuck@colettlaw.com

Page 2 – JUDGMENT

COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road Suite 310
Portland, Oregon 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
E-MAIL: chuck@colettlaw.com