CHARLES D. COLETT, OSB #79191
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone: (503) 598-3411
Facsimile: (503) 598-4646
E-mail: chuck@colettlaw.com

Attorney for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND, et al, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>SUNDOWN ELECTRIC COMPANY, A CORPORATION OF IDAHO, a foreign business corporation, <br><br>　　　　　　Defendant. | Case No.: 3:16-cv-00973-SI <br><br>ORDER ON PLAINTIFFS' PETITION FOR ATTORNEY'S FEE |

Upon review of Plaintiffs' Motion for Attorney's Fee and the supporting Petition for Attorney's Fee,

///

///

///

///

///

Page 1 – ORDER ON PLAINTIFFS' PETITION FOR ATTORNEY'S FEE

COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road Suite 310
Portland, Oregon 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
E-MAIL: chuck@colettlaw.com

IT IS HEREBY ADJUDGED that Plaintiffs are awarded attorney fees in the amount of $3,168.00 pursuant to the filed Motion and Petition for Attorney's Fees.

IT IS SO ORDERED this 16th day of August, 2016

Hon. Michael H. Simon
United States District Court

PRESENTED BY:

COLETT LAW GROUP, LLP.

s/ Charles D. Colett
CHARLES D. COLETT, OSB #791916
ATTORNEY FOR PLAINTIFFS
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone:   (503) 598-3411
Facsimile:   (503) 598-4646
Email: chuck@colettlaw.com

Page 2 – ORDER ON PLAINTIFFS' PETITION FOR ATTORNEY'S FEE

COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road Suite 310
Portland, Oregon 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
E-MAIL: chuck@colettlaw.com